[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-10995
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 22, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:01-cr-00050-MP-AK-1

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LEROY DEXTER,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(February 22, 2011)

Before WILSON, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Leroy Dexter in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dexter's convictions and sentences are **AFFIRMED**.